**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Candice L. Shelton |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Missouri (State) |
| Case number | 19-45884 |

Official Form 410S2    **Amended**

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation                **Court claim no.** (if known): _____ 10-1

**Last 4 digits** of any number you use to identify the debtor's account:    0   2   8   8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: ____/____/____

---

**Part 1:**  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 11/29/2019: Proof of claim/plan review, 410 A Prep | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   Candice L. Shelton
           First Name   Middle Name   Last Name                  Case number *(if known)*  19-45884

---

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile                         Date   12 / 11 / 2019
　　Signature

Print:      D. Anthony Sottile                    Title  Authorized Agent for Creditor
            First Name   Middle Name   Last Name

Company     Sottile & Barile, LLC

Address     394 Wards Corner Road, Suite 180
            Number        Street
            Loveland, OH 45140
            City                    State    ZIP Code

Contact phone   ( 513 ) 444 – 4100              Email  bankruptcy@sottileandbarile.com

---

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page **2**

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
Home Point Financial
Corporation
ATTN: PAYMENT
PROCESSING
11511 Luna Road
2nd and 3rd Floors
Farmers Branch, TX  75234

**INVOICE #** 
**DATE** 19

**S&B FILE NUMBER**

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Shelton, Candice - ███ | Proof of Claim and Plan review | 1 | 650.00 | 650.00 |
| Shelton, Candice - ███ | 410A prep | 1 | 250.00 | 250.00 |

BALANCE DUE **$900.00**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-45884 |
| Candice L. Shelton | Chapter 13 |
| Debtor. | Judge Kathy A. Surratt-States |

---

**CERTIFICATE OF SERVICE**

---

I certify that on December 12, 2019, a copy of the foregoing Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

> Tobias Licker, Debtor's Counsel
> tobiaslickerhotmail@gmail.com

> Lynn Travis, Debtor's Counsel
> lynn@lickerlawfirm.com

> Diana S. Daugherty, Chapter 13 Trustee
> Standing_trustee@ch13stl.com

> U.S. Trustee, Office of the United States Trustee
> USTPRegion13.SL.ECF@usdoj.gov

I further certify that on December 12, 2019, a copy of the foregoing Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

> Candice L. Shelton, Debtor
> 10626 Alliance Drive
> Saint Louis, MO 63136

Dated: December 12, 2019

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com