UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 19-45884-659  Chapter 13 |
| ) | |
| **CANDICE L SHELTON** ) | |
| ) | |
| ) | |
| **Debtor** ) | |
| ) | |

**TRUSTEE'S WITHDRAWAL OF Objection to Notice of Post-Petition Fees, Expenses, and Charges**

   **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Notice Of Post-Petition Fees, Expenses, And Charges for claim 10 dated December 10, 2019.

Dated: December 12, 2019          /s/ Diana S. Daugherty, Chapter 13 Trustee
WDMISCCLM--JS
                                  Diana S. Daugherty, Chapter 13 Trustee
                                  P.O. Box 430908
                                  St. Louis, MO  63143
                                  (314) 781-8100  Fax: (314) 781-8881
                                  trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of the foregoing document was filed electronically on December 12, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on December 12, 2019.

CANDICE L SHELTON
10626 ALLIANCE DRIVE
SAINT LOUIS, MO  63136

HOME POINT FINANCIAL CORP
11511 LUNA RD
STE 300
FARMERS BRANCH, TX  75234

MILLSAP & SINGER PC
612 SPIRIT DR
CHESTERFIELD, MO  63005

SOTTILE & BARILE LLC
394 WARDS CORNER RD
STE 180
LOVELAND, OH  45140

| | | |
|---|---|---|
| 19-45884-659 | **TRUSTEE'S WITHDRAWAL OF Objection to Notice of**<br>**Post-Petition Fees, Expenses, and Charges** | 12/12/2019<br>Page 2 of 2 |

/s/ Diana S. Daugherty, Chapter 13 Trustee

Diana S. Daugherty, Chapter 13 Trustee