UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No: 19-45884-659  Chapter 13 |
| | ) |
| **CANDICE L SHELTON** | ) |
| | ) |
| | ) |
| **Debtor** | ) |
| | ) |

**TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM**

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated January 06, 2020, to claim 3 filed on behalf of KOHNER PROPERTIES.

Dated: February 12, 2020
WDOCLM--JS

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on February 12, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 12, 2020.

CANDICE L SHELTON
10626 ALLIANCE DRIVE
SAINT LOUIS, MO  63136

KOHNER PROPERTIES
3309 OLIVE ST
ST LOUIS, MO  63103-1114

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee